FEDERAL MOTORSHIP CORPORATION, Respondent, *v.* JOHNSON & HIGGINS, Respondent and Appellant.   UNITED STATES OF MEXICO, Appearing Specially, Appellant.

Submitted July 19, 1949; decided July 19, 1949.

*Donald Havens* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion on the ground that the order does not finally determine the action within the meaning of the Constitution.